MULHOLLAND MACHINERY CORPORATION, Respondent, v. NORWEGIAN ATLAS INSURANCE COMPANY, LTD., OF CHRISTIANIA, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MULHOLLAND MACHINERY CORPORATION, Respondent, v. GLOBE AND RUTGERS FIRE INSURANCE COMPANY OF THE CITY OF NEW YORK, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE BRADFORD COMPANY and Another, Appellants, v. JAMES H. DUNN, Respondent.*— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

REUBEN KRAVITZ, Appellant, v. NEW YORK RAPID TRANSIT CORPORATION, Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

LILLIAN STEINBERG, Appellant, v. ICELAND, INC., Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

HARRY ZALKIN, Respondent, v. MORRIS KRIM, Appellant, Impleaded, etc.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant, appellant, to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

CHRISTIAN WOLLERSEN, Appellant, v. WILLIAM KENNELLY, INC., Respondent.— Order affirmed, with ten dollars costs and disbursements, with leave to the plaintiff to reply within ten days from service of order upon payment of said costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

DIANA LAZARUS, Respondent, v. IVEL REALTY CORPORATION, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

RICHARD D. WYCKOFF, Appellant, v. NATIONAL LIFE INSURANCE COMPANY OF MONTPELIER, VERMONT, and CECILIA G. WYCKOFF, Respondents.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

FANNIE GOLDMAN, Respondent, v. ISIDORE GURLAND and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ESTHER FORMAN, Appellant, v. NATHAN MARKMAN, Respondent, Impleaded, etc. — Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.; Martin, J., dissents.

GUSSIE MOSKOWITZ, Appellant, v. NATHAN MARKMAN, Respondent, Impleaded, etc.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.; Martin, J., dissents.